# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL E. ESTRELLA VILOTTA, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-18-871-SLP |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered October 12, 2018 [Doc. No. 8]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of November, 2018.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE